**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/17/2020____

**Edwin Diaz, on behalf of himself and all others similarly situated,**

                                                    **Plaintiff,**

                        **-against-**

**The Real Real, Inc.,**

                                                    **Defendant.**

**1:19-cv-07423 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On January 16, 2020, the parties consented to have all proceedings in this action held before me. (ECF No. 20.) The parties shall comply with this Court's Individual Practices, available on the Court's website at http://nysd.uscourts.gov/judge/Aaron. The November 14, 2019 Scheduling Order (ECF No. 19) shall remain in effect.

**SO ORDERED.**

DATED:        New York, New York
                    January 17, 2020

                                                    _____
                                                    STEWART D. AARON
                                                    United States Magistrate Judge